## LONNIE COLE v. CLYDE HIATT.

(Filed 3 November, 1954.)

Appeal by plaintiff from *Rousseau, J.,* at March Term, 1954, of Randolph.

Civil action for malicious prosecution.

From judgment as of involuntary nonsuit entered at the close of plaintiff's evidence, he appeals.

*Ottway Burton for plaintiff, appellant.*

*Hiatt & Hiatt for defendant, appellee.*

Per Curiam.   This appeal presents no new question or feature requiring discussion.   The facts are simple and the applicable principles of law are well established by numerous authoritative decisions of this Court. The evidence adduced when liberally construed in favor of the plaintiff is insufficient to make out a *prima facie* case.   The judgment of nonsuit will be upheld.

Affirmed.